CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 7:15-cr-94-01 |
| | **Violations:** |
| SYLVESTER MONROE JACKSON<br>aka: "Tiny" | 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. Beginning in or about March 2013, and continuing to on or about September 11, 2015, in the Western District of Virginia, and elsewhere, the defendant, SYLVESTER MONROE JACKSON, did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Section 846 and 841(b)(1)(A).

1

## COUNT TWO

The Grand Jury charges that:

1. On or about June 22, 2015, in the Western District of Virginia, the defendant, SYLVESTER MONROE JACKSON, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The Grand Jury charges that:

1. On or about June 24, 2015, in the Western District of Virginia, the defendant, SYLVESTER MONROE JACKSON, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

The Grand Jury charges that:

1. On or about September 11, 2015, in the Western District of Virginia, the defendant, SYLVESTER MONROE JACKSON, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

A True Bill this _15_ day of October, 2015.

                                                ___*s/Grand Jury Foreperson*___
                                                FOREPERSON

ANTHONY P. GIORNO
UNITED STATES ATTORNEY