CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 22 2016
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

7:15CV94

4-17-16

Honorable, Glen Conrad

My name is Sylvester Monroe Jackson, I'm 42 years old & I have a drug case in Roanoke VA, Western Federal Court. My lawyer is Corey Diviney. I would like to request that a new lawyer be appointed in my case. My reason is I feel Mr Diviney does NOT have my best intrest in this matter. I feel like I should NOT be rushed to sign 16 years or more of my life away, at my age when I feel I do not deserve that much time. Mr Diviney & I, cannot come to any agreements on anything. He has not let me hear & see all evidence against me, or given me copys of any evidence against me, in this case. He has not asked questions that need to be asked. He has not made any attempts to speak with witnesses I have requested to be witnesses on my behalf. My family & friends & I have made several #'s to help me, & he simply wont ask or lead them in the right direction to help me. I dont feel Mr Diviney is on my side or trying to get me my best deal possible in this case, therefor I request new councel.

Respectfully
Sylvester M Jackson

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 22 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

RECEIVED
APR 22 2016
USDC Clerk's Office
Mail Room

Sylvester Jackson
5885 West River Rd.
Salem, VA 24153
WVRJ.

Honorable Glen Conrad
210 Franklin Rd.
Roanoke, VA 24011

GREENSBORO NC 274
PIEDMONT TRIAD AREA
20 APR 2016 PM 7 L

INMATE
Western Virginia

2401122084O

