CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 22 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

HONORABLE, ELEN CONRAD

4-18-16

FIRST OFF I NEED TO APOLIGIZE FOR MY OWN IMPATIENTS. AFTER I MAILED YOU MY LETTER YESTERDAY REQUESTING NEW COUNCEL, MY LAWYER COREY DIVINEY DONE EVERYTHING I NEEDED DONE & MORE! PLEASE FORGIVE ME & ALLOW ME TO KEEP MR DIVINEY AS MY ATTORNEY. I'm SORRY FOR ANY TROUBLE I MAY HAVE CAUSED.

RESPECTFULLY

_Sylvester Jackson_

SYLVESTER MONROE, JACKSON

RECEIVED

APR 2 2 2016

USDC Clerk's Office
Mail Room

SYLVESTER JACKSON
5885 WEST RIVER RD
SALEM, VA 24153
WVRJ

INMATE
Western Virginia
Regional Jail

Honorable Glen Conrad
210 Franklin RD.
Roanoke, VA 24011

GREENSBORO NC 274
PIEDMONT TRIAD AREA
20 APR 2016 PM 6 L

USA FOREVER

24011220840



RETURN

RECEIVED

APR 2 2 2016

USDC Clerk's Office
Mail Room