CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 2 2017

JUL__ ___DLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 7:15-CR-00094-01 |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SYLVESTER MONROE JACKSON | ) | By:  Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendant. | ) | |

Considering the findings as to defendant's mental health status at the time of the offense, and as to defendant's current mental health status, as contained in each of two Forensic Evaluation reports on the defendant, prepared by Adeirdre Stribling Riley, Ph.D., and Forensic Psychologist, and Tracy O'Connor Pennuto, J.D., Ph.D., of the Mental Health Department at the Federal Medical Center in Butner, North Carolina, dated July 21, 2017, and July 31, 2017,  the court concludes that the defendant is competent to progress to sentencing, in that he is able to understand the nature and consequences of the proceedings against him, and that he is able to assist his attorney in his own defense.  The court further notes that the defendant was not suffering from any disease or defect at the time of his alleged criminal activity, and finds that he is fully able to appreciate the nature and quality of his actions in the past, and now.  Accordingly, it is now ORDERED that the sentencing hearing shall be scheduled for October 5, 2017, so as to allow the defendant sufficient time with his recent return to the Western District of Virginia, to go over the presentence report with his attorney.

The Clerk is directed to certify copies of this Order to all parties.

ENTER: This 12th day of September, 2017.

_____
United States District Judge