CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 27, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 7:15CR00094 |
| v.                         ) | **OPINION AND ORDER** |
| ) | |
| **SYLVESTER MONROE JACKSON,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.              ) | |

*Sylvester Monroe Jackson, Pro Se.*

Defendant Sylvester Monroe Jackson has filed a pro se Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). Jackson argued that his sentence should be reduced to time served because he was the only available caretaker to tend to his half-brother, JG, who was suffering from terminal cancer. On August 15, 2025, I entered an order directing Jackson to advise the court on JG's present condition.

On August 18, 2025, the Court received additional evidence in the form of a funeral home obituary for JG. The obituary states that JG passed away on April 4, 2025, shortly after Jackson filed his motion. Due to these unfortunate circumstances, there are no longer grounds for Jackson's release to care for JG.

Accordingly, it is **ORDERED** that the Motion for Compassionate Release, ECF No. 173, is DENIED.

ENTER: August 27, 2025

/s/ JAMES P. JONES
Senior United States District Judge

-2-